**Entered on Docket**
**May 17, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed: May 17, 2010**

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**
_____

PATRICK L. FORTE, State Bar #800[  ]
CORRINE BIELEJESKI, Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        No. 06-41497 EDJ

**GEORGE RUSSELL ANDERSON and**              Chapter 13
**PAULA DOREEN ANDERSON,**
                    **Debtors.**             __ORDER MODIFYING CHAPTER 13 PLAN__
_____/

    The above named debtor having served a Motion to Modify Chapter 13
Plan on April 15, 2010 and there being no objections thereto and good
cause appearing therefor;

    **IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

    Commencing April, 2010, debtors will pay $215.00 per month to the
Trustee.  Any arrearages shall be forgiven.  Unsecured, nonpriority
creditors shall be paid on a pro-tanto basis.

                         **END OF ORDER**

# COURT SERVICE LIST

**Attorney for Debtors**
Patrick L. Forte, Esq.
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtors**

George Russell Anderson
Paula Doreen Anderson
744 Anderson Ave.
Brentwood, CA 94513